This action was brought by the defendants in error against the plaintiff, in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

Silver Springs and Western Railway Company, Plaintiff in Error, vs. David W. Shealy, Defendant in Error.

## DIVISION B.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

*H. L. Anderson,* for Plaintiff in Error.

*N. M. Allred,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

The Southern Construction Company, a Corporation Under the Laws of Tennessee, Plaintiff in Error, vs. David Wright, Defendant in Error.